**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

BCO MANAGEMENT COMPANY LLC,　*
et al.,

　　　　　Plaintiffs,　　　　　　*

v.　　　　　　　　　　　　　　*　　　Case No.: 1:26-cv-1356

CITY OF HAGERSTOWN, MARYLAND,　*
et al.,

　　　　　Defendants.　　　　　*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

**NOTICE OF REMOVAL**

Defendants CITY OF HAGERSTOWN, MARYLAND, MICHAEL SABOL, and DEANNA PELTON, by KARPINSKI, CORNBROOKS & KARP, P.A., KEVIN KARPINSKI & JOHN KARPINSKI, their attorneys, pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, submit this Notice of Removal and in support thereof state as follows:

1.　　Plaintiffs BCO Management Company, LLC, Brian C. O'Reilly, Mark Gatlin, Brianna Goffin, Janice Mitchell, Elijah Oliver, Matthew Thomas, & Abigal Waters filed suit in the Circuit Court for Washington County on September 20, 2025. **Exhibit A**, Complaint.

2.　　This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiffs allege that Defendants violated their rights under the First, Fourth, Fifth, and Fourteenth Amendments of the United States Constitution. *See* **Ex. A**, Complaint, at ¶¶ 68-80.

3.　　Pursuant to Local Rule 103.5(a), copies of all process, pleadings, documents, and orders which have been served, as well as a copy of the current state court docket sheet are

attached. *See* **Ex. A**, Complaint; **Ex. B**, First Summons to City of Hagerstown, Maryland; **Ex. C**, First Summons to Deanna Pelton; **Ex. D**, First Summons to Michael Sabol; **Ex. E**, Request to Reissue Summonses; **Ex. F**, Second Summons Issued to City of Hagerstown, Maryland; **Ex. G**, Second Summons Issued to Deanna Pelton; **Ex. H**, Second Summon Issued to Mike Sabol; **Ex. I**, Notice of Contemplated Dismissal; **Ex. J**, Plaintiff's Motion to Defer Contemplated Dismissal; **Ex. K**, Affidavit of Service for the City of Hagerstown; **Ex. L**, Affidavit of Service for Deanna Pelton; **Ex. M**, Affidavit of Service for Michael Sabol; and **Ex. N,** State Court Docket Sheet.

4.      Pursuant to Local Rule 103.5(a), within thirty (30) days of the filing of this Notice of Removal, Defendants will file true and legible copies of all documents then on file in State Court, together with the Certification of Counsel that all filings made in the Circuit Court for Washington County, Case No. C-21-CV-25-000485, have been filed in the United States District Court for the District of Maryland.

5.      Defendants were served for the first time on March 10, 2026. As such, this Notice of Removal is timely because it is within thirty (30) days of service of process of the Complaint.

6.      Pursuant to the requirements of 28 U.S.C. § 1446(d), undersigned counsel will give written notice to all adverse parties and to the Clerk of the Circuit Court for Washington County that this matter has been removed to the United States District Court for the District of Maryland (Northern Division).

WHEREFORE, Defendants City of Hagerstown, Maryland, Michael Sabol, and Deanna Pelton notify Plaintiffs and the Court that this action has been removed to the United States District Court for the District of Maryland (Northern Division) and that no further proceedings in this case will be had in the Circuit Court for Washington County.

KARPINSKI, CORNBROOKS & KARP, P.A.

BY:      /s/ Kevin Karpinski
        KEVIN KARPINSKI, #11849
        AIS #9312150114
        /s/ John Karpinski
        JOHN C. KARPINSKI, #30706
        AIS #2112140073
        120 East Baltimore Street
        Suite 1850
        Baltimore, Maryland 21202-1617
        410-727-5000
        Kevin@bkcklaw.com
        Jkarpinski@bkcklaw.com
        *Counsel for Defendants City of Hagerstown, Maryland, Michael Sabol, and Deanna Pelton*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of April 2026, the foregoing was electronically filed with notice to:

Adam Greivell
The Greivell Firm
5 Cornell Avenue
Hagerstown, MD 21742
adam@gfirm.us

_____/s/ Kevin Karpniski_____
*Counsel for Defendants City of Hagerstown, Maryland, Michael Sabol, and Deanna Pelton*

4908-0178-0378, v. 2